

# NUMBER 13-18-00597-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **ROY LONGORIA,** | **APPELLANT,** |

**v.**

| | |
|---|---|
| **THELMA LETICIA SAENZ LONGORIA,** | **APPELLEE.** |

On appeal from the 93rd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

Appellant, Roy Longoria, filed an appeal from a final divorce decree entered by the 93rd District Court of Hidalgo County, Texas, in cause number F-3254-18-B. Appellant has filed a motion to withdraw the appeal. Appellant requests that this Court withdraw the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a).

The Court, having considered the documents on file and appellant's motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
4th day of April, 2019.